FILED
2013 OCT 29  PM 4:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| UNITED STATES OF AMERICA, | No. CR 13-657(A)-BRO |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | |
| VINCENT EARL JORDAN, aka "Vinnie Mac," | [18 U.S.C. §§ 1591(a)(1), (b)(2): Sex Trafficking of a Child; 18 U.S.C. § 2251(a): Sexual Exploitation of a Child; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2423(a): Transportation of a Child in Interstate Commerce to Engage in Prostitution; 18 U.S.C. § 2422(a): Coercion and Enticement to Travel in Interstate Commerce to Engage in Prostitution; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1591(a)(1), (b)(2)]

Beginning on a date unknown to the Grand Jury, and continuing to on or about August 15, 2013, in Los Angeles County, within the Central District of California, and

1  elsewhere, defendant VINCENT EARL JORDAN, also known as "Vinnie
2  Mac," knowingly recruited, enticed, harbored, transported,
3  provided, obtained, and maintained by any means, in and
4  affecting interstate and foreign commerce, Jane Doe 2, knowing
5  and in reckless disregard of the fact that Jane Doe 2 had not
6  attained the age of 18 years and that Jane Doe 2 would be caused
7  to engage in a commercial sex act.

COUNT TWO

[18 U.S.C. § 2251(a)]

In or about July 2013, in Los Angeles County, within the Central District of California, defendant VINCENT EARL JORDAN, also known as "Vinnie Mac," knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Jane Doe 2, who was at the time approximately 17 years old, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely, a digital video of approximately 16 seconds in duration, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

## COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 3, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant VINCENT EARL JORDAN, also known as "Vinnie Mac," knowingly possessed an e-mail account named "westcoastplayersball2013@gmail.com" that contained at least one digital video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the digital video was child pornography.

## COUNT FOUR

[18 U.S.C. § 2423(a); 18 U.S.C. § 2(b)]

Beginning in or about May 2013, and continuing to in or about June 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant VINCENT EARL JORDAN, also known as "Vinnie Mac," knowingly and willfully transported and caused to be transported a minor, namely, Jane Doe 3, who was at the time approximately 17 years old, in interstate commerce, from the State of Nevada to the State of California, with the intent that Jane Doe 3 would engage in prostitution and other sexual activity for which a person could be charged with a criminal offense.

Case 2:13-cr-00657-BRO   Document 35   Filed 10/29/13   Page 6 of 6   Page ID #:160

## COUNT FIVE

[18 U.S.C. § 2422(a)]

Beginning on a date unknown to the Grand Jury, and continuing to on or about August 15, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant VINCENT EARL JORDAN, also known as "Vinnie Mac," knowingly persuaded, induced, enticed, and coerced Jane Doe 1, an individual who is over 18 years of age, to travel in interstate commerce, from the State of Texas to the State of California, to engage in prostitution and any other sexual activity for which any person can be charged with a criminal offense.

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Public Corruption and Civil Rights
   Section

PATRICIA A. DONAHUE
Assistant United States Attorney
Public Corruption and Civil Rights Section

LANE DILG
Assistant United States Attorney
Public Corruption and Civil Rights Section

6